UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

S.W.,

    Plaintiff,

v.

TROPICAL PARADISE RESORTS.
LLC. d/b/a RODEWAY INN & SUITES;
EZ HOSPITALITY, LLC; and CHOICE
HOTELS INTERNATIONAL, INC.,

    Defendants.
_____/

Civil Action No. 0:25-cv-60771-RLR

### NOTICE OF CHANGE OF ADDRESS/EMAIL OF DEFENDANTS, TROPICAL PARADISE RESORTS, LLC D/B/A RODEWAY INN & SUITES AND EZ HOSPITALITY, LLC

Please take notice that Alyssa A. Cina, Esq. of the law office of **RESNICK & LOUIS, P.C.** enters its Change of Address and Email as counsel for Defendants, **TROPICAL PARADISE RESORTS, LLC D/B/A RODEWAY INN & SUITES**, and **EZ HOSPITALITY, LLC,** pursuant to Rule 2.505(e), of the Florida Rules of Judicial Administration.

In accordance with Rule 2.516(b)(1)(A), Fla. R. Jud. Admin, this notice also hereby designates the following E-Mail addresses and further instructs this Court and all other parties herein to forward copies of all pleadings, notices, etc., regarding the above-styled cause directly to the undersigned.

      E-Mail:    acina@rlattorneys.com

      E-Mail:    ahechtman@rlattorneys.com

      E-Mail:    vhuff@rlattorney.com

S.W v. Tropical Paradise<br>
Case No.: 0:25-cv-60771-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was electronically filed with the Courts' Filing system, and was furnished to all counsel or parties of record as follows: *(Counsel for Plaintiff)*, Aaron A. Karger, Esq., of Law Office of Aaron A. Karger, P.A., by email at: aaron@aak-law.com service@aak-law.com and (*Counsel for Plaintiff),* Spencer T. Kuvin. Esq., of Law Offices of Craig Goldcnfarb, PA, by email at: skuvin@800goldlaw.com and (*Counsel for Choice Hotels)* Marisa Rosen Dorough, Esq. of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., by email at: mdorough@bakerdonelson.com on this 7th day of July 2025

Respectfully submitted.

**RESNICK & LOUIS, P.C.**
4040 NE 2nd Ave 6D
Miami, Florida 33137
Telephone: 305-676-6453
E-Mail: acina@rlattorneys.com
E-Mail: ahechtman@rlattorneys.com
E-Mail: vhuff@rlattorneys.com

By: _/s/ Alyssa Cina, Esq._
Alyssa Cina, Esq.
Florida Bar No.: 121491
*Attorney for Defendants*