UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25–CV–60771–ALTMAN–AUGUSTIN–BIRCH

S.W.,

    Plaintiff,

v.

TROPICAL PARADISE RESORTS, LLC, *et al.,*

    Defendants.

**CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR LEAVE TO FILE SEPARATE REPLY**

    Defendant Choice Hotels International, Inc. ("Choice") respectfully requests leave from the Court to file a separate reply in support of its Motion to Dismiss. *See* Doc. No. 29.

    Earlier today (August 8, 2025), following the transfer of this case to Your Honor, Choice received the Court's standing order on cases involving multiple defendants. *See* Doc. No. 38. Choice seeks to abide by that order's instruction that defendants should seek to jointly file motions, or otherwise seek leave of the Court. *See id.* § 6.

    Motion-to-dismiss briefing is already well underway, with each of the three Defendants having filed separate briefs, *see* Doc. Nos. 29–31; Plaintiff having separate responses, *see* Doc. Nos. 35–37; and Defendants' reply briefs coming due in just one business day, on August 11, 2025. Given that Defendant has made Choice-specific arguments, and Choice—as the franchisor for the relevant property—is not similarly situated to its co-Defendants, Choice believes that filing a separate reply will be to the benefit of the Court in ensuring continuity in briefing and a clear presentation of arguments.[1] Going forward, Choice and co-Defendants will coordinate on briefing to ensure that all follow the Court's standing order.

---

[1] Choice notes that it has not taken any positions inconsistent with co-Defendants, but that there are different legal considerations and standards as to franchisors in the context of this litigation.

1

Given the tight timeline for Choice's reply brief and the completed briefing to date, Choice respectfully requests that the Court grant it leave to file a separate reply brief in support of its Motion to Dismiss.

Choice has conferred with counsel for Plaintiff who opposes this motion.

Choice has also conferred with counsel for co-Defendants Tropical Paradise Resorts, Inc. and EZ Hospitality, LLC, who do not oppose this motion.

Respectfully submitted this 8th day of August, 2025.

/s/ Marisa R. Dorough
Sara M. Turner
(Appearing *Pro hac vice*)
smturner@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Phone: (205) 328-0480

Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
mdorough@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
200 South Orange Avenue, Suite 2050
Orlando, Florida 32801
Phone: (407) 422-6600

*Attorneys for Defendant Choice Hotels International, Inc.*