**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:25cv60771

S.W.,

     Plaintiff,

vs.

TROPICAL PARADISE RESORTS, LLC,
a Florida limited liability company, d/b/a
RODEWAY INN & SUITES; EZ
HOSPITALITY, LLC, a Florida limited
liability company; and CHOICE HOTELS
INTERNATIONAL, INC., a Delaware
corporation,

     Defendant,

_____/

**NOTICE OF FILING SUPPLEMENTAL**
**AUTHORITY IN RESPONSE TO DEFENDANT'S**
**MOTION TO DISMISS**

Plaintiff, C.W., files this Notice of Filing Supplemental Authority in Response to

Defendant's Motion to Dismiss [D.E. 29] and states:

The following decision was issued by the United States District Court for the District of

Massachusetts on November 18, 2025, which bears on the issues before this Court. The decision

of Doe v. Hilton Domestic Operating Co., Civil Action No. 24-cv-13227-PBS (D. Mass. Nov. 18,

2025)(See Ex. A).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent by electronic mail to Sara M. Turner, Esquire, 420 20th Street North, Suite 1400, Birmingham, AL  35203 and Marisa Dorough, Esquire (smturner@bakerdonelson.com, mdorough@bakerdonelson.com) Baker, Donelson, Bearman, Caldwell & Berkowitz, P.A., 200 South Orange Avenue, Suite 2900, Orlando, FL  32801 (Counsel for Choice Hotels International, Inc.); Alyssa Cina, Esquire (acina@rlattorneys.com, ahechtman@rlattorneys.com, vhuff@rlattorneys.com) 4040 NE 2nd Ave., 6D, Miami, FL  33137 (Counsel for EZ Hospitality, LLC, and Tropical Paradise Resorts, LLC d/b/a Rodeway Inn & Suites)

_____/s/ Spencer Kuvin_____

Spencer Kuvin

GOLDLAW, P.A.
*Attorney for Plaintiff(s)*
1641 Worthington Road
Suite 300
West Palm Beach, FL 33409
(561) 697-4440

By:_____
Spencer T. Kuvin
FL Bar No.: 89737
Primary Email:
cw9559210@goldlaw.filevineapp.com
Secondary Email: skuvin@goldlaw.com
Paralegal's Email: snewall@goldlaw.com
Secretary's Email: aattick@goldlaw.com