**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-CV-60771-ALTMAN

S.W.,

     Plaintiff,

vs.

TROPICAL PARADISE RESORTS, LLC, d/b/a RODEWAY INN & SUITES; EZ HOSPITALITY, LLC; and CHOICE HOTELS INTERNATIONAL, INC.,

     Defendants.

_____/

## JOINT NOTICE REGARDING SETTLEMENT STATUS

Pursuant to the Court's Order After Status Conference [DE 76], the Parties hereby file this joint notice to advise the Court that they have not reached a settlement agreement at this time.

Dated this 16th day of January, 2026.

/s/ *Spencer T. Kuvin*
SPENCER T. KUVIN, ESQ.
FL Bar No. 89737
GOLDLAW, P.A.
1641 Worthington Road, Suite 300
West Palm Beach, FL 33409
Telephone: 561-697-4440
skuvin@goldlaw.com
snewall@goldlaw.com
aattick@goldlaw.com


/s/ *Aaron A. Karger*
AARON A. KARGER, ESQ.
FL Bar No. 93226
Law Office of Aaron A. Karger, P.A.
16211 NE 18th Avenue, Suite 200
North Miami Beach, FL 33162
Telephone: (305) 577-7772
aaron@aak-law.com
service@aak-law.com


*Attorneys for Plaintiff*

/s/ *Sara M. Turner*
SARA M. TURNER, ESQ.
(*Pro hac vice*)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 328-0480
smturner@bakerdonelson.com


/s/ *Desislava K. Docheva*
DESISLAVA K. DOCHEVA, ESQ.
FL Bar No. 1010440
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 768-1610
ddocheva@bakerdonelson.com


*Attorneys for Defendant Choice Hotels International*

/s/ *Alyssa Cina*
ALYSSA CINA, ESQ.
FL Bar No. 121491
Resnick & Louis, P.C.
4040 NE 2nd Avenue, #6D
Miami, Florida 33137
Telephone: 305-676-6453
acina@rlattorneys.com
ahechtman@rlattorneys.com

*Attorneys for Defendants Tropical Paradise Resorts and EZ Hospitality*

/s/ *Mitchel Chusid*
MITCHEL CHUSID, ESQ.
FL Bar No. 879282
/s/ *Elizabeth Olivia Hueber*
ELIZABETH OLIVIA HUEBER, ESQ.
FL Bar No. 0073061
Chusid, Katz & Sposato, LLP
5850 Coral Ridge Drive, Suite 201
Coral Springs, FL 33076-3379
Telephone: (954) 340-2200
mchusid@cksattorneys.com
ehueber@cksattorneys.com

*Attorneys for Defendant Tropical Paradise Resorts*