**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-CV-60771-ALTMAN-LETT

S.W.,

     Plaintiff,

vs.

TROPICAL PARADISE RESORTS,
LLC, d/b/a RODEWAY INN & SUITES;
EZ HOSPITALITY, LLC; and CHOICE
HOTELS INTERNATIONAL, INC.,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF UNAVAILABILITY

Plaintiff, S.W., by and through undersigned counsel, hereby files this Notice of Unavailability and respectfully advises the Court and all parties that undersigned counsel will be unavailable from March 21, 2026 through and including March 30, 2026, due to pre-existing travel commitments, including travel outside the country.

Undersigned counsel respectfully requests that no hearings, conferences, or other court proceedings be scheduled during this period. This Notice is filed in good faith and not for purposes of delay.

DATED this 18th day of March, 2026.

/s/ *Aaron A. Karger*
Aaron A. Karger, Esq.
FL Bar Number: 93226
Law Office of Aaron A. Karger, P.A.
16211 NE 18th Avenue, Suite 200
North Miami Beach, FL 33162
Telephone: (305) 577-7772
aaron@aak-law.com
service@aak-law.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent by electronic mail to all parties of record.

/s/ *Aaron A. Karger*
Aaron A. Karger, Esq.