**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-60771-ALTMAN**

**S.W.**,

     *Plaintiff*,

*v.*

**TROPICAL PARADISE RESORTS**, *et al.*,

     *Defendants.*

_____/

## <u>ORDER STAYING CASE</u>

On April 23, 2026, the Parties jointly moved to stay this case pursuant to 18 U.S.C. §1595(b)(1) of the Trafficking Victims Protection and Reauthorization Act ("TVPRA"). *See* Joint Motion to Stay (the "Motion") [ECF No. 102]. Section 1595(b)(1) provides: "Any civil action filed under [the TVRPA] shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595(b)(1). "On April 16, 2026, [the] Plaintiff sat for her court-ordered deposition." Mot. at 2. During her deposition, the Plaintiff said that she "made a report about her alleged trafficking to law enforcement." *Ibid.* And, the parties tell us, "[c]ounsel for [the] Plaintiff has subsequently identified the individuals with whom counsel and [the] Plaintiff met as Detective Mike Joo of the Internet Crimes Against Children Division of the Broward County Sheriff's Office and Assistant State Attorney Danielle Lennox of the Human Trafficking Division of the Office of the State Attorney." *Ibid.* The parties then contacted Magistrate Judge Lett, who ordered that the Plaintiff's deposition be "suspended immediately," that the deposition of "the Hotel manager, Israel Fintz, previously scheduled for May 17, 2026, be cancelled," and that "the Parties either file a joint motion to stay or that Defendants file an opposed motion to stay[.]" *Ibid.* Now, "the Parties jointly request that this Court impose a stay pursuant to Section 1595(b), including a stay and a sixty (60) day

continuance of all outstanding deadlines in this matter, including trial, that a determination can be made with respect to whether a criminal action is ongoing." *Id.* at 5.

We hereby **ORDER AND ADJUDGE** as follows:

1. The Joint Motion to Stay [ECF No. 102] is **GRANTED**.

2. This Case is hereby **STAYED** and **CLOSED**. All pending deadlines are **TERMINATED**, and all pending motions are **DENIED as moot**.

3. The Parties must file status reports every 60 days from the date of this Order, telling us the status of any related pending criminal case.

**DONE AND ORDERED** in the Southern District of Florida on April 24, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2