**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-CV-60771-ALTMAN-LETT

S.W.,

     Plaintiff,

vs.

TROPICAL PARADISE RESORTS, LLC, d/b/a RODEWAY INN & SUITES; EZ HOSPITALITY, LLC; and CHOICE HOTELS INTERNATIONAL, INC.,

     Defendants.

_____/

## JOINT REPORT REGARDING STAY

Consistent with the Court's Order of April 24, 2026 (Doc. No. 103), the Parties jointly submit this report regarding the current status of the stay in effect in this case. The Parties jointly recommend that the Court continue to stay the case for an additional 60 days to minimize the risk of disruption to any ongoing criminal proceedings. If there are no further developments, then the Parties will advise the Court and suggest a plan for recommencing the case and reestablishing a schedule.

As the Court will recall, this litigation involves allegations of human trafficking at a Dania Beach hotel. Plaintiff's principal claims are brought under 18 U.S.C. § 1595, which contains a mandatory stay provision "during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595(b)(1). In this context, a "'criminal action' includes investigation and prosecution and is pending until final adjudication in the trial court." *Id.* § 1595(b)(2).

On April 23, 2026, the Parties advised the Court that Plaintiff had made a report of her allegations to both the Broward County Sheriff's Office and the Human Trafficking Division of

the Office of the State Attorney. *See* Doc. No. 102 at 2. Given Plaintiff's reporting, the Parties requested that the Court impose a stay on the case under the terms of 18 U.S.C. § 1595(b)(1). *See id.* at 5. The Court granted the Parties' request and imposed a stay, along with the obligation that the Parties file status reports every 60 days. *See* Doc. No. 103.

The Parties individually report as follows:

- Plaintiff: Plaintiff has not been contacted by law enforcement since the reporting of her allegations.

- Defendants Tropical Paradise Resorts, LLC ("Tropical Paradise") and EZ Hospitality, LLC ("EZ"): Tropical Paradise and EZ have not been contacted by local enforcement regarding Plaintiff's allegations.

- Defendant Choice Hotels International, Inc. ("Choice"): Choice has not been contacted by local enforcement regarding Plaintiff's allegations.

Given the potential impact of civil litigation and continued discovery on a criminal investigation; the secondary concern of the criminal investigation on this litigation and its discovery process; the Parties' limited insight into the operations of local law enforcement; and the seriousness of the allegations, the Parties recommend an additional 60-day period of stay for this litigation. That period should provide sufficient time for any law enforcement activities and their impact on the litigation to become clear. If there are no indications of any criminal proceeding, then the Parties can advise the Court and suggest a course of action to restart the matter, along with a proposed schedule.

The Parties wish to stress that all of them take the allegations in this matter seriously and wish to preserve the integrity of both any criminal proceedings as well as this proceeding. To that end, the Parties express their appreciation of the Court's flexibility and consideration.

Dated this 23rd day of June, 2026.

/s/ *Spencer T. Kuvin*
SPENCER T. KUVIN, ESQ.
FL Bar No. 89737
**GOLDLAW, P.A.**
1641 Worthington Road, Suite 300
West Palm Beach, FL 33409
Telephone: 561-697-4440
skuvin@goldlaw.com
snewall@goldlaw.com
aattick@goldlaw.com


/s/ *Aaron A. Karger*
AARON A. KARGER, ESQ.
FL Bar No. 93226
**Law Office of Aaron A. Karger, P.A.**
16211 NE 18th Avenue, Suite 200
North Miami Beach, FL 33162
Telephone: (305) 577-7772
aaron@aak-law.com
service@aak-law.com


*Attorneys for Plaintiff*


/s/ *Elizabeth Hueber*
ELIZABETH HUEBER, ESQ.
Florida Bar No.: 0073061
**CHUSID, KATZ & SPOSATO, LLP**
5850 Coral Ridge Drive, Suite 201
Coral Springs, Florida 33076
Telephone: (954) 340-2200
Facsimile: (954) 340-2210
ehueber@cksattorneys.com


/s/ *Alyssa Cina*
ALYSSA CINA, ESQ.
Florida Bar No.: 121491
4040 NE 2nd Ave. 6D
Miami, Florida 33137
**RESNICK & LOUIS, P.C.**
Telephone: (305) 676-6453
acina@rlattorneys.com
ahectman@rlattorneys.com
vhuff@rlattorneys.com


/s/ *Sara M. Turner*
SARA M. TURNER, ESQ.
(*Pro hac vice*)
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 328-0480
smturner@bakerdonelson.com


/s/ *Desislava K. Docheva*
DESISLAVA K. DOCHEVA, ESQ.
FL Bar No. 1010440
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 768-1610
ddocheva@bakerdonelson.com


*Attorneys for Defendant Choice Hotels International*

3